IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| SIMNIC VENTURES LLC | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civ. Action No. 8:15-cv-2723-T-35TBM(RDO) |
| GLAM SEAMLESS, LLC | § § | JURY DEMANDED |
| *Defendant*. | § § § | |

**PLAINTIFF SIMNIC VENTURES' CERTIFICATE OF INTEREST PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to the Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

(a) Simnic Ventures LLC

(b) April Walker

(c) June Walker

(d) Widerman Malek, PL

(e) Mark Warzecha

(f) Katz PLLC

(g) Robert Katz

(h) Mayer | Miller

1

(i)  Robert M. Mayer

2.  The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases: None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution: SimNic Ventures LLC.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

DATED:  March 30, 2016

                                            Respectfully submitted,

                                            */s/ Mark Warzecha*
                                            Mark Warzecha
                                            Email: mfw@uslegalteam.com
                                            **WIDERMAN MALEK, PL**
                                            1990 West New Haven Ave, Suite 201
                                            Melbourne, FL 32904
                                            Phone: (321) 255-2332
                                            Fax: (321) 255-2351

                                            **ATTORNEYS FOR PLAINTIFF**
                                            **SIMNIC VENTURES LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the above date.

/s/ *Mark Warzecha*
Mark Warzecha