IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

CASE: 8:15-cv-2723-T-35TBM (RDO)
(Formerly Orlando Division Case 6:15-cv-1961)

SimNic Ventures LLC,

    Plaintiff,

Vs.

Glam Seamless, LLC,

    Defendant
_____/

### DEFENDANT GLAM SEAMLESS LLC's CERTIFICATE OF INTERESTED PARTIES

Defendant, GLAM SEAMLESS, LLC, ("GLAM"), by its undersigned counsel, files its Certificate of Interested Parties and discloses:

1. Defendant GLAM is a New York limited liability company;

    a. GLAM has no parent or subsidiaries.

    b. Alexandra Cristin is the majority owner of GLAM;

    c. Oher than the persons listed on Plaintiff's previously filed Certificate of Interested Parties, there are no other interested parties.

2. No other entity whose publicly traded stock, equity or debt may be substantially affected by the outcome of these proceedings;

3. No other entity is likely to be an active participant in these proceedings;

DATED: April 24, 2016

                                                      Respectfully submitted,

   /s/ Robert M. Mayer
ROBERT M. MAYER
Fl Bar 0455148
Robert M Mayer & Associates
8211 W Broward Blvd, Suite 330
Fort Lauderdale, Florida 33324
(954) 998-1441
RMMayer@MiamiCounsel.com
ATTORNEYS FOR THE DEFENDANT

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 27, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system which will automatically send email notification of such filings to all counsel who have entered an appearance in this action.

   /s/ Robert M. Mayer

ROBERT M. MAYER
Fl Bar 0455148
Robert M Mayer & Associates
8211 W Broward Blvd, Suite 330
Fort Lauderdale, Florida 33324
(954) 998-1441
RMMayer@MiamiCounsel.com