IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| SIMNIC VENTURES LLC | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civ. Action No.  8:15-cv-2723-T-35TBM (RDO) |
| | § | |
| GLAM SEAMLESS LLC | § | JURY DEMANDED |
| | § | |
| *Defendant*. | § | |
| | § | |

### DECLARATION OF ROBERT D. KATZ IN SUPPORT OF
### PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES

I, Robert D. Katz, hereby certify pursuant to 28 U.S.C. §1746 that:

1. I am a member in good standing of the Texas State Bar. I am an attorney at the law firm of Katz PLLC and am one of the attorneys serving as counsel for Plaintiff SimNic Ventures LLC ("SimNic") in this action. I submit this declaration in support of Plaintiff's Motion to Compel Discovery Responses, which is filed herewith. I make this declaration based upon my own personal knowledge unless otherwise indicated herein, and if called as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of SimNic's First Set of Interrogatories Nos. 1-13.

3. Attached hereto as Exhibit B is a true and correct copy of SimNic's First Set of Requests for Production Nos. 1-72.

4. Attached hereto as Exhibit C is a true and correct copy of a letter sent by email to counsel for Defendant on June 7, 2016. No response was received.

5.	Attached hereto as Exhibit D is a true and correct copy of an email sent to counsel for Defendant on June 9, 2016. No response was received.

6.	Attached hereto as Exhibit E is a true and correct copy of an email received from Defendant's counsel, Robert Mayer, Esq., in which he agreed to serve responses to Plaintiff's First Set of Interrogatories and First Request for Production of Documents.  No responses were received.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8th day of July 2016, at Dallas, Texas.


*/s/ Robert D. Katz*
Robert D. Katz, Esq.