# EXHIBIT C

June 7, 2016

**VIA EMAIL**

Robert M. Mayer
Robert M Mayer & Associates
8211 W Broward Blvd, Suite 330
Fort Lauderdale, Florida 33324
(954) 998-1441
Email: RMMayer@MiamiCounsel.com

Robert D. Katz
Katz PLLC
6060 North Central Expressway
Suite 560
Dallas, Texas 75206
214.865-8000 Telephone
888.231-5775 Facsimile
rkatz@katzlawpllc.com

Re:   *SimNic Ventures LLC v. Glam Seamless LLC,* USDC – M.D. FL. – Case No. 8:15-cv-2723-T-35TBM (RDO)

Dear Robert:

I write regarding SimNic Ventures' First Set of Interrogatories (Nos. 1 – 13) and First Set of Requests for Production (Nos. 1 – 72) to Glam Seamless. Glam Seamless has not responded.

Please confirm by June 8, 2016, that Glam Seamless will remedy the above deficiencies within three days. Please don't hesitate to contact me, either by email or phone, with any questions.

Very truly yours,

Robert Katz

cc:  Mark Warzecha (By email)
     Daniel Davidson (By email)