# EXHIBIT D

# Robert Katz

| | |
|---|---|
| **From:** | Robert Katz <rkatz@katzfirm.com> |
| **Sent:** | Thursday, June 09, 2016 8:04 PM |
| **To:** | 'RMMayer@MayerMiller.com'; 'rmmayer@miamicounsel.com' |
| **Cc:** | Mark Warzecha (mfw@uslegalteam.com); Daniel Davidson (daniel@uslegalteam.com) |
| **Subject:** | RE: SimNic v. Glam Seamless - Discovery issue |

Dear Mr. Mayer,

I write to follow up on my letter of June 7, 2016 regarding the discovery requests propounded on Glam Seamless.  Please confirm by June 10, 2016, that Glam Seamless will remedy the deficiencies identified in the letter within three days.  Please don't hesitate to contact me with any questions.

Best regards,

**ROBERT KATZ**        **KATZ** PLLC
rkatz@katzfirm.com        Voice: 469.278.5999
www.katzfirm.com         Fax: 888.231.5775

---

**From:** Robert Katz [mailto:rkatz@katzfirm.com]
**Sent:** Tuesday, June 07, 2016 4:12 PM
**To:** 'RMMayer@MayerMiller.com'
**Subject:** FW: SimNic v. Glam Seamless - Discovery issue

Forwarding…

---

**From:** Robert Katz [mailto:rkatz@katzfirm.com]
**Sent:** Tuesday, June 07, 2016 3:57 PM
**To:** rmmayer@miamicounsel.com
**Cc:** 'Mark Warzecha'; 'Daniel Davidson'
**Subject:** SimNic v. Glam Seamless - Discovery issue

Dear Counsel,

Please see the attached letter.

Best regards,

**ROBERT KATZ**        **KATZ** PLLC
rkatz@katzfirm.com        Voice: 469.278.5999
www.katzfirm.com         Fax: 888.231.5775