# EXHIBIT E

# Daniel Davidson

| | |
|---|---|
| **From:** | Robert M. Mayer <RMMayer@mayermiller.com> |
| **Sent:** | Wednesday, June 15, 2016 3:05 PM |
| **To:** | Robert Katz |
| **Cc:** | rmmayer@miamicounsel.com; Mark Warzecha; Daniel Davidson |
| **Subject:** | Re: SimNic v. Glam Seamless - Discovery issue |

Will have responded to you by July 6 and sales info, confidential, later today. Thank you for your courtesy. Will be reciprocated.

RMM-iP

On Jun 7, 2016, at 16:57, Robert Katz <rkatz@katzfirm.com> wrote:

> Dear Counsel,
>
> Please see the attached letter.
>
> Best regards,
>
> **ROBERT KATZ**  **KATZ PLLC**
> rkatz@katzfirm.com    Voice: 469.278.5999
> www.katzfirm.com      Fax: 888.231.5775
>
>
> <Ltr to Glam re discovery responses 2016-06-07.pdf>