IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| SIMNIC VENTURES LLC § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | Civ. Action No.  8:15-cv-2723-T-35TBM (RDO) | |
| § | | |
| GLAM SEAMLESS LLC § | JURY DEMANDED | |
| § | | |
| *Defendant*. § | | |
| § | | |

DECLARATION OF MARK F. WARZECHA IN SUPPORT OF
PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES

I, Mark F. Warzecha, hereby certify pursuant to 28 U.S.C. §1746 that:

1. I am a partner at Widerman Malek, PL, attorneys for Plaintiff, SimNic Ventures LLC ("Plaintiff") in the above-captioned matter. I submit this Declaration in support of Plaintiff's Motion to Compel Discovery Responses.

2. That this declaration is based upon personal knowledge.

3. That on April 27, 2016, Plaintiff's First Request for Production of Documents and Plaintiff's First Set of Interrogatories were served on counsel for Defendant, Glam Seamless LLC, Mr. Robert Mayer, via email and regular mail.

4. As of the date of this Declaration, I have not received Defendant's Non-Infringement and Invalidity Contentions.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

[Signature to follow on next page]

FURTHER DECLARANT SAYETH NAUGHT.

Dated: July 8, 2016.

*/s/ Mark F. Warzecha*
Mark F. Warzecha, Esq.
Florida Bar No. 0095779
**WIDERMAN MALEK, PL**
1990 W. New Haven Avenue, Suite 201
Melbourne, Florida 32904
Telephone: 321-255-2332
Facsimile: 321-255-2351
MFW@USLegalTeam.com
**Attorney for Plaintiff**