IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

CASE: 8:15-cv-2723-T-35TBM (RDO)
(Formerly Orlando Division Case 6:15-cv-1961)

SimNic Ventures LLC,

    Plaintiff,

Vs.

Glam Seamless, LLC,

    Defendant
_____/

### DEFENDANT GLAM SEAMLESS LLC's RESPONSE TO ORDER REGARDING DISCOVERY

Defendant, GLAM SEAMLESS, LLC, a New York limited liability company ("Defendant"), by its undersigned counsel, files this Response to the Court's Docket Order, DE25, datd August 2, 2016 as follows:

1) While the discovery was initially served informally, without agreement to same, via email, an extension to same was agreed to by the parties, Defendant previously served Plaintiffs on July 15, 2016 and further supplemented that response with additional information on July 20, 2016, with its responses to the propounded discovery.

2) That response was not made by July 6, 2016 which was the agreed to extension date but any delay in said response was caused by an inadvertent error in calendaring the agreed to due date of the discovery.

3) The parties have cooperated with each other on such matters previously and such delay was not intentional nor done in any way in disrespect of this Court or the parties.

4) Such delay was the fault of undersigned counsel not of his client.

DATED: August 12, 2016

                                      Respectfully submitted,

                                       /s/ Robert M. Mayer
                                      ROBERT M. MAYER
                                      Fl Bar 0455148
                                      Robert M Mayer & Associates
                                      8211 W Broward Blvd, Suite 330
                                      Fort Lauderdale, Florida 33324
                                      (954) 998-1441
                                      RMMayer@MiamiCounsel.com
                                      ATTORNEYS FOR THE DEFENDANT

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 12, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system which will automatically send email notification of such filings to all counsel who have entered an appearance in this action.

                                       /s/ Robert M. Mayer

                                      ROBERT M. MAYER
                                      Fl Bar 0455148
                                      Robert M Mayer & Associates
                                      8211 W Broward Blvd, Suite 330
                                      Fort Lauderdale, Florida 33324
                                      (954) 998-1441
                                      RMMayer@MiamiCounsel.com