UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SIMNIC VENTURES LLC,**

    Plaintiff,

v.                                      Case No: 8:15-cv-2723-T-35TBM

**GLAM SEAMLESS LLC,**

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Stipulation of Dismissal with Prejudice, (Dkt. 27) and pursuant to Fed. R. Civ. P. 41, it is hereby **ORDERED** that this case is **DISMISSED with prejudice.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 20th day of December, 2016.

**Copies furnished to:**
Counsel of Record
Any Unrepresented Party

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE